POSEY *v.* MURRAY, JUDGE OF THE LAKE CRIMINAL COURT.

[No. 0-509. Filed March 11, 1958.]

*Winston Posey, pro se.*

BOBBITT, J.—Petitioner herein seeks a belated appeal from a judgment entered in a *coram nobis* proceeding. There is no provision, statutory or otherwise, for a belated appeal from a judgment denying a petition for writ of error *coram nobis. Harr* v. *State* (1957), 237 Ind. 320, 145 N. E. 2d 657.

For the foregoing reasons the petition should be denied.

Petition denied.

Emmert, C. J., Landis and Arterburn, JJ., concur.

Achor, J., concurs in result.

NOTE.—Reported in 148 N. E. 2d 426.